UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
                                                             :
JUAN CARLOS DERAS ARANA,                                     :
                                                             :
                                      Petitioner,            :      1:26-cv-240-GHW
                                                             :
                    -v-                                      :      ORDER
                                                             :
PAUL ARTETA, et al.,                                         :
                                                             :
                                      Respondents.           :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026

GREGORY H. WOODS, United States District Judge:

The Court hereby ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

   a. whether Petitioner was, as the Petition alleges, *see* Dkt. No. 1, ¶ 26, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g., Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

   b. Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

   c. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

   d. a copy of any final order of removal; and

   e. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

(2) The Court will hold a teleconference on **January 16, 2026 at 9:00 a.m.** The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

And for the reasons stated on the record during the teleconference held on January 12, 2026, the Court, with the parties' consent, directs that Petitioner not be moved outside the Southern District of New York or the Eastern District of New York until after completion of the scheduled conference in order to facilitate petitioner's communications with counsel.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

SO ORDERED.

Dated: January 12, 2026
New York, New York

GREGORY H. WOODS
United States District Judge