```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :
JUAN CARLOS DERAS ARANA,         :
                                                  :
                              Petitioner,   :                     1:26-cv-240-GHW
                                                  :
                   -v-                               :                     <u>ORDER</u>
                                                  :
PAUL ARTETA, *et al.*,                      :
                                                  :
                            Respondents.   :
                                                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the telephone conference held on January 16, 2026, Respondents' opposition to the petition is due by January 21, 2026; and Petitioner's reply, if any, is due two days after the date of service of Respondents' opposition.

SO ORDERED.

Dated:   January 16, 2026
           New York, New York

                                                          _____
                                                               GREGORY H. WOODS
                                                           United States District Judge