**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUAN CARLOS DERAS ARANA,

                         Petitioner,              26 **CIVIL** 0240 (GHW)

     -against-                        **JUDGMENT**

PAUL ARTETA, *Sheriff, Orange County, et al.*,

                        Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion & Order dated February 03, 2026, Mr. Arana's

petition for habeas corpus is DENIED; accordingly, the case is closed.

**DATED:**  New York, New York
          February 5, 2026

                                 **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

                 **BY:**
                                  _____
                                  **Deputy Clerk**